

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00903-CV

John Edward **SOTO** II, a.k.a. Jonathan Herrasti,
Appellant

v.

Penelope Jo **SOTO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00460
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1).

SIGNED July 23, 2014.

_____
Karen Angelini, Justice